UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        4:07CR00048-SPM/WCS

DANIELLE M. KIMBROUGH

    Defendant.
_____/

### ORDER GRANTING REMISSION OF SPECIAL MONETARY ASSESSMENT

THIS CAUSE CAME before the Court for consideration upon Petition of the United States, in accordance with the provisions of 18 U.S.C. § 3573 for remission of the special monetary assessment imposed on March 18, 2008, against defendant, DANIELLE M. KIMBROUGH. The court has considered the Petition and the pertinent parts of the record and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that good cause having been shown, the Petition is granted and the special monetary assessment, plus interest and penalties, if any, imposed March 18, 2008, is hereby vacated and remitted.

**DONE AND ORDERED** this 4th day of August 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge